United States District Court
District Court Puerto Rico
Exhibits Log: 25-CR-418 10-22-25 Bail
USA v. Rijos-Luciano, 10/22/2025

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | Conditions of how the police found the victim | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-2 | Photo of victim at hospital which shows the head of the victim burned | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-3 | Photo of victim`s body with additional lesions and burn marks. | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-4 | Photo of the back around shoulders of the victim that shows additional marks and lesions | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-5 | Photo of victim`s wrists severly cut and swollen to very extreme level | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-6 | Photo of wrists of victim showing additional lesions and open wounds that the victim suffered. | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-7 | Still shot of surveillance footage of hardware store that shows the red kia that victim report taken in to, subject in front is defendant #1 and defendant in the back is Adrian Alexis Encarnacion. | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-8 | Photo of items found by Police of PR inside the toyota corolla | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-9 | Partial photograph of the paid stub from March 21, 2025 | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |
| Gov-10 | Other part of paid stub under Don Pepe Latin Food Corp in the name of Adrian A. Encarnacion Correa | No | 10/22/2025 12:00 AM | 10/22/2025 12:00 AM |